No. 73–1077. BERRY TRANSPORT, INC. v. UNITED STATES ET AL. Affirmed on appeal from D. C. Ore.

No. 73–1126. WILSON ET UX. v. DEPARTMENT OF REVENUE OF OREGON. Appeal from Sup. Ct. Ore. dismissed for want of substantial federal question.

No. 73–6391. SCHEFFEL ET AL, v. WASHINGTON. Appeal from Sup. Ct. Wash. dismissed for want of substantial federal question.

No. 73–6404. SMITH v. ASKINS. Appeal from Ct. App. Okla. dismissed for want of substantial federal question.

No. 73–6054. COLE ET AL. v. CALIFORNIA. Appeal from Sup. Ct. Cal. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 73–6313. SIMPKINS, DBA COSMIC CULTURAL CO. v. UNITED STATES. Appeal from Ct. Cl. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 73–6099. WARD ET AL. v. NIXON, PRESIDENT OF THE UNITED STATES, ET AL. Appeal from D. C. N. D. Ill. dismissed for want of jurisdiction.

No. 73–6459. WASHINGTON ET AL. v. WHITE, SECRETARY OF STATE OF TEXAS, ET AL. Appeal from D. C. N. D. Tex. dismissed for want of appealable order.